# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS E. DOUGHTY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-5018 |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| U.S. BANK, N.A. as trustee for | : | |
| GOVERNMENT NATIONAL MORTGAGE | : | |
| ASSOCIATION REMIC TRUST 2007-049, | : | |
| Defendants. | : | |

## ORDER

This 12th day of April, 2018, upon consideration of Defendant Wells Fargo Bank, N.A. and U.S. Bank, N.A.'s Motion to Dismiss, ECF No. 6, and Plaintiff Thomas Doughty's Response in Opposition, ECF No. 13, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and that Plaintiff's Complaint is **DISMISSED** with prejudice.

      /s/ Gerald Austin McHugh
      United States District Judge